UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REGINAL GAINES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOUCESTER CITY POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:08-cv-03879-JHR-JS<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1), that the above action as to defendants, Borough of Audubon, Borough of Audubon Prosecutor's Office, Robert A. Gleaner, Individually and in his capacity as Borough of Audubon Prosecutor, be dismissed without prejudice and without costs to any party.

_____
Ronald P. Sierzega, Esquire
**PUFF & COCKERILL, LLC**
122 Delaware Street
P.O. Box 684
Woodbury, NJ 08096
Attorney for Plaintiff

1-13-08
_____
Dated

1053845.1